UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| DAVID DEWAYNE CHURCH, JR., | ) | |
| Petitioner, | ) | Civil Action No. 6:22-121-CHB |
| v. | ) | |
| S. BUTLER, Warden, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** and **ADJUDGES** as follows:

1. David Church's Petition for a writ of habeas corpus, **[R. 1],** is **DISMISSED**.

2. This is a **FINAL** Judgment.

This the 31st day of August, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY